IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGUETTE NICOLE YOUNG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEAN STOTHERT,<br><br>　　　　　　Defendant. | 8:20CV460<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　　　On November 5, 2020, the court denied Plaintiff's application to proceed in forma paupers ("IFP") (Filing 2), and ordered Plaintiff within 30 days to either pay the $400.00 filing and administrative fees or else file a properly completed IFP application using a Form AO 240, "Application to Proceed in District Court Without Prepayment of Fees or Costs (Short Form)." To date, Plaintiff has not paid the fees, submitted a properly completed IFP application, or taken any other action in this matter.

　　　　IT IS THEREFORE ORDERED:

　　　　1　　This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

　　　　2.　　The court will enter judgment by a separate document.

　　　　Dated this 8th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge