IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGUETTE NICOLE YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JEAN STOTHERT, in her official capacity as mayor of Omaha, Nebraska;<br><br>　　　　　Defendant. | 8:20CV460<br><br>**MEMORANDUM<br>AND ORDER** |

　　This matter is before the court for case management. On February 22, 2021, the court entered an order directing Plaintiff within 30 days to either pay the $505.00 appellate filing fee or request leave to proceed in forma pauperis (IFP) on appeal. To date, Plaintiff has not taken either course of action.

　　Plaintiff was not permitted to proceed IFP in the district court, so Federal Rule of Appellate Procedure 24(a)(3) does not permit her to proceed on appeal without further authorization.

　　IT IS THEREFORE ORDERED that Plaintiff may not proceed in forma pauperis on appeal.

　　Dated this 25th day of March, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge